UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNY STEWARD, | No. 2:20-cv-1892 AC P |
| Plaintiff, | |
| v. | ORDER |
| ASIEL MOHMOND, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. ECF No. 1. Plaintiff has not, however, filed an in forma pauperis affidavit or paid the required filing fee of $350.00 plus the $50.00 administrative fee.[1] See 28 U.S.C. §§ 1914(a), 1915(a). Instead, plaintiff has simultaneously filed a letter with the instant complaint. See ECF No. 2.

A review of the court's docket indicates that on September 21, 2020, two civil rights complaints were filed by plaintiff: the instant action ("Steward I") and Steward v. Mohmond, No. 2:20-cv-1898 AC ("Steward II"). Unlike Steward I, Steward II was filed with a completed application to proceed in forma pauperis. See Steward II, ECF No. 2. A comparison of the two

---

[1] When leave to file in forma pauperis is granted, a plaintiff is still required to pay the filing fee but allowed to pay it in installments. Litigants proceeding in forma pauperis are not required to pay the $50.00 administrative fee.

complaints indicates that they are virtually identical in content.  Compare Steward I, ECF No. 1, with Steward II, ECF No. 1 (both complaints naming same defendants and raising same claims).

The instant action, however, was filed together with a letter.  See Steward I, ECF No. 2.  The letter states that a day earlier, a copy of plaintiff's complaint and an application to proceed in forma pauperis – Steward II, ECF Nos. 1, 2 – were prematurely sent to the court by his counselor.[2]  See Steward I, ECF No. 2.  As a result, plaintiff asks that the in forma pauperis application previously sent with Steward II be filed with the instant action instead.  See Steward I, ECF No. 2.  The letter also appears to ask the court to disregard the prematurely sent complaint filed in Steward II.  See Steward I, ECF No. 2.  The court construes this latter request as an attempt to voluntarily dismiss Steward II.

In light of the above, the court will grant plaintiff's first request in the letter and direct the Clerk of Court to add the in forma pauperis application filed in Steward II to the docket of the instant Steward I action.  After this has occurred, under separate order in Steward II, the court will address plaintiff's attempt to voluntarily dismiss Steward II.

Accordingly, IT IS HEREBY ORDERED that The Clerk of Court shall add the application to proceed in forma pauperis filed on September 21, 2020 in Steward v. Mohmond, No. 2:20-cv-1898 AC P (see Steward II, ECF No. 2) to the docket of the instant action.

DATED: September 25, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[2]  It appears that the prematurely sent complaint and in forma pauperis application were docketed after the instant complaint.

2