UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNY STEWARD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ASIEL MOHMOND, et al.,<br><br>　　　　　Defendants. | No. 2:20-cv-1892 TLN AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Plaintiff has filed a motion change the spelling of the name of the defendant currently identified as "Asiel Mohmond" on the docket to "Aseil Mohmoud." See generally ECF No. 14. The motion will be granted.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall change the spelling of the name of the defendant currently identified as "Asiel Mohmond" on the docket to "Aseil Mohmoud."

DATED: May 4, 2021

　　　　　　　　　　　　　　　／s／ Allison Claire
　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE