UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNY STEWARD,<br><br>            Plaintiff,<br><br>      v.<br><br>ASEIL MOHMOUD, et al.,<br><br>            Defendants. | No. 2:20-cv-01892-TLN-AC<br><br>**ORDER** |

Plaintiff Donny Steward ("Plaintiff"), a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 15, 2021, the magistrate judge issued findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days.  (ECF No. 10.)  Plaintiff has not filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued April 15, 2021 (ECF No. 10), are ADOPTED IN FULL;

2. The Complaint is DISMISSED with prejudice for failure to state a claim upon which relief may be granted and for seeking monetary relief from defendants who are immune from such relief, *see* 28 U.S.C. § 1915A(b)(1)-(2); and

3. The dismissal of this action is designated a "strike" within the meaning of 28 U.S.C. § 1915(g).

IT IS SO ORDERED.

DATED: June 8, 2021

Troy L. Nunley
United States District Judge