UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNY STEWARD,<br><br>Plaintiff,<br><br>v.<br><br>ASEIL MOHMOUD, et al.,<br><br>Defendants. | No. 2:20-cv-01892-TLN-AC<br><br>**ORDER** |

Plaintiff Donny Steward ("Plaintiff") is a state prisoner, proceeding *pro se*, with a civil rights action pursuant to 42 U.S.C. § 1983. On June 9, 2021, the Court dismissed this action and judgment was entered. (ECF Nos. 17, 18.) Plaintiff appealed the judgment to the Ninth Circuit Court of Appeals. (ECF No. 21.)

On June 25, 2021, the Ninth Circuit referred the matter to this Court for the limited purpose of determining whether Plaintiff's *in forma pauperis* status should continue on appeal or whether the appeal is frivolous or taken in bad faith. (ECF No. 22 at 1 (citing 28 U.S.C. § 1915(a)(3); *Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002) (revocation of *in forma pauperis* status is appropriate where the district court finds the appeal to be frivolous)).)

For the reasons stated in the April 15, 2021 Findings and Recommendations (*see* ECF No. 10), the Court finds that Plaintiff's appeal is frivolous. Plaintiff's *in forma pauperis* status on appeal should therefore be revoked.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's *in forma pauperis* status on appeal is hereby REVOKED; and
2. The Clerk of the Court is directed to serve this order on the Ninth Circuit Court of Appeals in Case No. 21-16057.

IT IS SO ORDERED.

DATED: June 29, 2021

Troy L. Nunley
United States District Judge